**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

W B Holdings, LLC,                    Respondent,

v.

PZA Properties, LLC, and
Reidville Development
Associates, LLC, and Conrad
C. Hurst, III,                    Defendants,

Of whom Conrad C. Hurst, III
is the                    Appellant.

———————

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-367
Submitted June 1, 2012 – Filed June 20, 2012

———————

**AFFIRMED**

———————

Lawrence E. Flynn, Jr. and Elinor V. Lister, of
Spartanburg, for Appellant.

Timothy L. Cleveland, of Spartanburg, for Respondent.

**PER CURIAM:** Conrad C. Hurst, III appeals the denial of his motion for relief from default judgment, arguing the trial court erred in its determination that Hurst did not have justifications for not responding to W B Holdings's complaint in a timely manner. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: <u>Rodriguez v. Gutierrez</u>, 391 S.C. 323, 329, 705 S.E.2d 94, 98 (Ct. App. 2011) ("The decision whether to set aside an entry of default or a default judgment lies solely within the sound discretion of the [trial] court."); <u>id.</u> ("The [trial] court's decision will not be disturbed on appeal absent a clear showing of an abuse of that discretion.").

**AFFIRMED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.